

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LARRY CHARLES WATSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>T. LONG, Warden,<br><br>　　　　Respondent. | Case No. CV 12-2312-AG(MLG)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, the records on file and the Report and Recommendation of the United States Magistrate Judge. No objections were filed in the time allowed. The Court accepts the findings and recommendations of the Magistrate Judge.

Dated: Sept 29, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Andrew J. Guilford
　　　　　　　　　　　　　　　　　　United States District Judge

1