JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| LARRY CHARLES WATSON,<br><br>    Petitioner,<br><br>    v.<br><br>T. LONG, Warden,<br><br>    Respondent. | Case No. CV 12-2312-AG (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: Sept 29, 2012

_____
Andrew J. Guilford
United States District Judge